IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GULF INSURANCE COMPANY, | No. CIV-S-03-1351 MCE/KJM |
| Plaintiff, | |
| v. | <u>ORDER</u> |
| HI-VOLTAGE WIRE WORKS, INC., ET AL., | |
| Defendants. / | |

Plaintiff, proceeding pro se, filed the above-entitled action.  The matter was referred to a United States Magistrate Judge pursuant to Local Rule 72-302(c)(21).

On April 29, 2005, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice to the parties that any objections to the findings and recommendations were to be filed within ten days. No objections to the findings and recommendations have been filed.

///

1

1    The court has reviewed the file and finds the findings and
2 recommendations to be supported by the record and by the
3 magistrate judge's analysis.  Accordingly, IT IS HEREBY ORDERED
4 that:
5    1.  The findings and recommendations filed April 29, 2005,
6 are adopted in full; and
7    2.  Plaintiff's motion for entry of default judgment against
8 defendant Hi-Voltage Wire Works, Inc. dba Power Providers, in the
9 amount of $496,024.77, is granted.
10 DATE: May 27, 2005

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

2