CRAIG E. GUENTHER, SBN 126134
JAMES G. STANLEY SBN 138696
BOOTH, MITCHEL & STRANGE LLP
Attorneys at Law
701 South Parker Street, Suite 6500
P.O. Box 11055
Orange, California 92856-8155
(714) 480-8500/ FAX (714) 480-8533

Attorneys for Plaintiff
GULF INSURANCE COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GULF INSURANCE COMPANY, a Missouri corporation<br><br>Plaintiff,<br><br>v.<br><br>HI-VOLTAGE WIRE WORKS, INC. dba POWER PROVIDERS, a California corporation; STEVE K. ZINNEL, an individual; MICHELLE M. ZINNEL, an individual,<br><br>Defendants. | No. CIV-S-03-1351 MCE/KJM<br><br>ORDER STAYING CASE DUE TO BANKRUPTCY<br><br>Trial Date: September 7, 2005<br>Time: 9:00 a.m.<br>Courtroom: 3 |

Upon review of the ex parte application filed by plaintiff GULF INSURANCE COMPANY ("GULF"), and good cause appearing therefore, it is hereby ordered that this case is stayed until there has been a final disposition in the bankruptcy case of Steven K. Zinnel, United States Bankruptcy Court, Eastern District of California, Case No. 05-28800-C-7, or the automatic stay imposed by 11 U.S.C. § 362 has been lifted by the bankruptcy court.

Dated: August 25, 2005

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE