UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

GULF INSURANCE COMPANY,
a Missouri corporation,

        Plaintiff,

  v.

HI-VOLTAGE WIRE WORKS INC.
dba POWER PROVIDERS, a
California corporation;
STEVE K. ZINNEL, an individual;
MICHELLE M. ZINNEL,
an individual,

        Defendants.

No. 2:03-cv-1351-MCE-KJM

ORDER

----oo0oo----

Plaintiff Gulf Insurance Company ("Gulf") moves to dismiss its Complaint in this matter, with prejudice, as to Defendants Steve K. Zinnel and Michelle M. Zinnel, on grounds that both of those individuals have now been discharged in bankruptcy, with Gulf's claims against them being dismissed in the bankruptcy proceedings.

///
///
///

1

1  The instant action had been stayed on August 26, 2005 pending
2  final disposition of Steven Zinnel's bankruptcy case, which
3  occurred on September 6, 2006 (Michelle Zinnel had been
4  previously discharged on June 24, 2005, according to Gulf's
5  February 5, 2007 Status Report).[1]

6  Under Federal Rule of Civil Procedure 41(a)(2), an action
7  may be dismissed at the plaintiff's request upon such terms and
8  conditions as the court deems proper.  Here, Gulf's
9  representation that its claims have been addressed in the
10 Zinnels' bankruptcy proceedings, which are now concluded,
11 constitute good cause for dismissal.  Moreover, no objection to
12 Gulf's dismissal request has been made.

13 Gulf's Motion is accordingly GRANTED.[2]  Since a default
14 judgment has already been rendered against the remaining named
15 Defendant, Hi-Voltage Wire Works, Inc. dba Power Providers, the
16 Clerk is hereby directed to close this matter in its entirety.

17 IT IS SO ORDERED.
18 Dated: April 23, 2007

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

---

[1] The Court notes that Defendant Michelle Zinnel filed a cross-claim for contractual indemnity against Steven Zinnel on October 29, 2003.  Because that cross-claim sought indemnity from Steven Zinnel in the event a judgment was entered against Michelle Zinnel, and because Gulf's claims against Michelle Zinnel have been discharged in bankruptcy as aforestated, that cross-claim appears moot at this juncture.

[2] Because oral argument will not be of material assistance, the Court orders this matter submitted on the briefs.  E.D. Cal. Local Rule 78-230(h).

2